Form B203 2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **The Truland Group Inc.**  Case No.  14-12766-BFK
Debtor(s)  Chapter  7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept ................................................................ | $ **51,346.31**\*\* |
   | Prior to the filing of this statement I have received ..................................................... | $ **51,346.31**\*\* |
   | Balance Due .................................................................................................................. | $ **0.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other *(specify)*    **\*\*Leach Travell Britt has agreed to accept the payment of $51,346.31 from the Truland Group, Inc. as its fee for representation of all of the affiliated debtors in the following cases: 14-12766, 14-12767, 14-12768, 14-12769, 14-12770, 14-12771, 14-12772, 14-12773, 14-12774, and 14-12775.**

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other *(specify)*    See above.

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:
   **Representation at meeting(s) of creditors, preparation of schedules (to the extent possible from the information provided by debtor), and communications with trustee/creditors.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any adversary proceedings, litigation in non-bankruptcy courts, in bankruptcy cases other than those referred to above.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 8/6/2014 | /s/ D. Marc Sarata |
| *Date* | **D. Marc Sarata, VSB # 68621** |
| | *Signature of Attorney* |
| | **Leach Travell Britt pc** |
| | *Name of Law Firm* |
| | **8270 Greensboro Drive** |
| | **Suite 700** |
| | **Tysons Corner, VA 22102** |