# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: | |
| **THE TRULAND GROUP, INC.,** | Case No. 14-12766-BFK |
| Debtor. | Chapter 7 |
| | |
| In re: | |
| **TRULAND SYSTEMS CORPORATION,** | Case No. 14-12767-BFK |
| Debtor. | Chapter 7 |
| | |
| In re: | |
| **PEL-BERN ELECTRIC CORPORATION,** | Case No. 14-12768-BFK |
| Debtor. | Chapter 7 |
| | |
| In re: | |
| **BLUMENTHAL KAHN TRULAND ELECTRIC, LLC,** | Case No. 14-12769-BFK |
| Debtor. | Chapter 7 |
| | |
| In re: | |
| **TECH, INC.,** | Case No. 14-12770-BFK |
| Debtor. | Chapter 7 |

8374718-v3

| | |
|---|---|
| In re: ) | |
| ) | |
| **THE TRULAND GROUP OF COMPANIES,** ) | **Case No. 14-12771-BFK** |
| **CORP.,** ) | **Chapter 7** |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| **SNOWDEN RIVER CORPORATION,** ) | **Case No. 14-12772-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| **TRULAND SERVICE CORPORATION,** ) | **Case No. 14-12773-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| **TRULAND WALKER SEAL** ) | **Case No. 14-12774-BFK** |
| **TRANSPORTATION, INC.,** ) | **Chapter 7** |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| **NORTHSIDE TRULAND ELECTRIC, LLC,** ) | **Case No. 14-12775-BFK** |
| ) | **Chapter 7** |
| Debtor. ) | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Stephen K. Gallagher, Esq. and the law firm of Venable LLP, enter their appearance in the above-captioned cases on behalf of Balfour Beatty/DPR/Big-D, a Joint Venture ("BDB"), and pursuant to section 1109(b) of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and

2

8374718-v3

Local Rule 2090-1(E)(2), and such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon him at the following address:

>Stephen K. Gallagher
>Venable LLP
>8010 Towers Crescent, Suite 300
>Tysons Corner, VA 22182
>Telephone:  (703) 760-1600
>Facsimile:   (703) 821-8949
>skgallagher@venable.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, suit or request for documents is without prejudice to the remedies and claims of BDB against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed to waive BDB's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which BDB

8374718-v3

is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: August 8, 2014

Respectfully submitted,

/s/ *Stephen K. Gallagher*

Stephen K. Gallagher (VSB No. 38085)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, Virginia 22182-2707
Tel: (703) 760-1600
Fax: (703) 821-8949
Email: skgallagher@venable.com

*Counsel to Balfour Beatty/DPR/Big-D, A Joint Venture*

8374718-v3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed a copy of the foregoing document with this Court's CM/ECF System to be served in accordance therewith and that a copy of the foregoing document was served this 8th day of August, 2014, on the following parties by either Court-enabled electronic filing or by depositing a copy of the same in the United States Mail, postage pre-paid, to be delivered to the addresses set forth below:

Judy A. Robbins, 11
Office of the U.S. Trustee – Region 4
115 South Union Street, Room 210
Alexandria, Virginia 22314
*Assistant United States Trustee*

Stephen E. Leach
Leach Travell Britt, PC
8270 Greensboro Drive
Suite 700
Tysons Corner, Virginia 22102
*Counsel to the Debtors*

Christopher A. Jones
Whiteford Taylor & Preston, LLP
3190 Fairview Park Drive
Suite 300
Falls Church, Virginia 22042
*Counsel to Debtor Designee*

Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, Virginia 22102
*Counsel to the Chapter 7 Trustee*

*/s/ Stephen K. Gallagher*
Stephen K. Gallagher

8374718-v3